```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 07723
   BOBBY L MOORE
   PATRICIA COLLEEN MOORE                     CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR
           Debtor
   SSN XXX-XX-3742      SSN XXX-XX-3279


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

       1.   The case was filed on 06/30/06 and confirmed on 09/15/06.

       2.   The plan is paid in full.

       3.   The Debtor paid a total of $  43330.17 .

       4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
MIDFIRST BANK            CURRENT MORTG      17653.85           .00       17653.85
MIDFIRST BANK            MORTGAGE ARRE       3862.73           .00        3862.73
CREDIT ACCEPTANCE CORP   SECURED VEHIC       8000.00        487.33        8000.00
AT&T                     UNSECURED         NOT FILED           .00            .00
COMCAST                  UNSECURED         NOT FILED           .00            .00
COMED                    UNSECURED         NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED            793.47           .00         793.47
NORTH SHORE SANITARY DIS FILED LATE              .00           .00            .00
VEOLIA ENVIRONMENTAL SER UNSECURED             65.94           .00          65.94
PEOPLES GAS              UNSECURED             74.71           .00          74.71
R & B RECEIVABLES        UNSECURED         NOT FILED           .00            .00
SENEX SERVICES           UNSECURED         NOT FILED           .00            .00
VILLAGE OF WINTHROP HARB UNSECURED         NOT FILED           .00            .00
VISTA HEALTH             UNSECURED            269.10           .00         269.10
WELLS FARGO FINANCIAL IN UNSECURED            967.03           .00         967.03
ZION CLINIC SC           UNSECURED            235.50           .00         235.50
CREDIT ACCEPTANCE CORP   UNSECURED             97.85           .00          97.85
WELLS FARGO FINANCIAL IN UNSECURED           1032.59           .00        1032.59
WELLS FARGO FINANCIAL IN UNSECURED           1435.26           .00        1435.26
AMERICASH LOANS          UNSECURED            247.85           .00         247.85
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
       Summary of disbursements:
-----------------------------------------------------------------------------

                   SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 29516.58         .00       5219.30          .00       34735.88
PRINCIPAL PAID     29516.58         .00       5219.30          .00       34735.88
INTEREST PAID        487.33         .00           .00          .00         487.33
```

```
TOTAL PAID                 30003.91           .00      5219.30           .00      35223.21
```
The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   3000.00 and was paid $   3000.00 .

The Trustee received $   1675.77 .

Refunds to the Debtor totaled $   3431.19 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/11/08                         /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE